UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:12-CR-781 |
| | § | |
| LUIS MIGUEL RODRIGUEZ-LOPEZ | § | |

**ORDER**

BE IT REMEMBERED on this 6th day of March, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed November 15, 2012, wherein the defendant Luis Miguel Rodriguez-Lopez waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.   The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Luis Miguel Rodriguez-Lopez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.  The Court finds the Defendant Luis Miguel Rodriguez-Lopez guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of a felony, in violation of 8 U.S.C.  1326(a) and (b)(1).

Signed this 6th day of March, 2013.

_____
Andrew S. Hanen
United States District Judge